# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 16, 2018

156675

SHRITA PARKER,
      Plaintiff-Appellant,

v

JOHN DOE,
      Defendant,

and

PROGRESSIVE MARATHON INSURANCE
COMPANY,
      Defendant-Appellee.

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

SC: 156675
COA: 332461
Wayne CC: 14-000942-NI;
15-001404-NF

_____/

      On order of the Court, the application for leave to appeal the September 12, 2017 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 16, 2018



Clerk

d0509p